FILED
MAY 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 1: 06 MJ 00119 DLB |
| Plaintiff, | ORDER SEALING COMPLAINT |
| v. | |
| NAMED DEFENDANT, | |
| Defendants. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings,,

IT IS SO ORDERED, that the complaint shall be filed with this Court under <u>seal</u> and not be disclosed pending further order of this court.

DATED: May 5, 2006

Honorable ~~Sandra M. Snyder~~ Dennis L. Beck
U.S. Magistrate Judge

4